# United States District Court
## Violation Notice

VA-13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6339227 | MICHEL | 0487 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code | |
|---|---|---|
| 11/10/2017 2053 | 21 USC 844 | |

Place of Offense: 400 DAM NECK RD. MAIN GATE VIRGINIA BEACH, VA 23461

Offense Description: Factual Basis for Charge — HAZMAT ☐

POSSESSION OF CONTROLLED SUBSTANCES.

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| HILL (CIV) | CHRISTOPHER | M |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| VYW-9806 | VA | 2016 | NISSAN ALTIMA | | WHITE |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US DISTRICT COURT, 600 GRANBY STREET, NORFOLK, VA 23510
Date: 01/22/2018
Time: 08:30 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10 NOV, 2017 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

AT APPROXIMATELY 2153 PM, 10 NOV 17, MA3 MICHEL WAS NOTIFIED VIA RADIO TO REPORT TO POST B416 ON DAM NECK FOR A WHITE IN COLOR NISSAN ALTIMA VIRGINIA PLATE (VYW-9806) WHICH WAS EMITTING A STRANGE UNKNOWN ODOR FROM INSIDE THE VEHICLE. UPON ARRIVAL MA3 MICHEL ALSO MET WITH MA2 PFOHL THE DUTY WATCH COMMANDER WHO THEN APPROACHED THE VEHICLE. WHEN MA2 PFOHL QUESTIONED THE DRIVER OF THE VEHICLE CHRISTOPHER MARCUS HILL (CIVILIAN) AND PASSENGER BRYAN LEWIS ABOUT THE STRANGE ODOR COMING FROM THE VEHICLE, CHRISTOPHER MARCUS HILL STATED "I HAD JUST GOT DONE SMOKING AND THERE WAS A ROACH ON THE FLOOR" UPON SEARCHING THE FLOOR BOARD FOR THE SAID ROACH IT WAS NOT LOCATED. UPON FURTHER SEARCHING MA3 MICHEL OPENED THE GLOVE BOX WHERE HE LOCATED A GLASS SMOKING PIPE AND A PRE WORKOUT CONTAINER WITH A GREEN LEAFY SUBSTANCE INSIDE WHICH WAS TESTED WITH THE NARCOTICS ANALYSIS REAGENT KIT FOR MARIJUANA AND IT CAME BACK POSITIVE FOR THC. CHRISTOPHER MARCUS HILL WAS THEN PLACED UNDER ARREST FOR POSSESSION OF CONTROLLED SUBSTANCES.

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/10/2017 [signed P. Michel]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license. CMV = Commercial vehicle involved in incident.